UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUANITA MORRIS and
KEVIN MORRIS,

       Plaintiffs

vs

MOHAMED ABDIRAHMAN
and ENDING EXPRESS, LLC,

       Defendants.

_____/

CASE NO. 2:24-cv-13044-FKB-CI
HON. F. KAY BEHM
MAGIS. CURTIS IVY, JR.

| | |
|---|---|
| MARC J. MENDELSON (P52798)<br>EDWARD F. KARDELIS (P77376)<br>MIKE MORSE LAW FIRM<br>Attorneys for Plaintiff<br>24901 Northwestern Highway, Suite 700<br>Southfield, MI  48075-1816<br>(248) 350-9050/Fax: (248) 671-5249<br>Edward.Kardelis@855mikewins.com<br>Rachel.Robbins@855mikewins.com | KEVIN M. MULVANEY (P76915)<br>SAMANTHA J. TAYLOR (P77199)<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP<br>Attorneys for Defendants<br>17197 N Laurel Park Drive, Suite 201<br>Livonia, MI 48152<br>(313) 327-3100/ Fax: (313) 327-3101<br>Kevin.Mulvaney@wilsonelser.com<br>Sam.Taylor@wilsonelser.com |

_____/

## **QUALIFIED PROTECTIVE ORDER AND AUTHORIZATION PURSUANT TO HEALTH INSURANCE PORTABILITY & ACCOUNTABILITY ACT (HIPAA) FOR JUANITA MORRIS**

The Court being fully advised in the premises; the court orders as follows:

1.     The current parties (and their attorneys) and any future parties (and their

attorneys) to the above-captioned matter are authorized to receive, subpoena, and

transmit "protected health information" (PHI) including, "Health Insurance Portability and Accountability Act" (HIPAA) pertaining to JUANITA MORRIS, to the extent and subject to the conditions outlined herein;

2. For purposes of this Qualified Protective Order, "protected health information" or "PHI" including, "Health Insurance Portability and Accountability Act" (HIPAA) shall have the same scope and definition as set forth in 45 CFR 160.103 and 160.501. Without limiting the generality of the foregoing, "PHI" includes, but is not limited to, health information, including demographic information, relating to either:

(a) the past, present or future physical condition of an individual;

(b) the provision of care to an individual; and/or

(c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3. All "covered entities" (as defined by 45 CFR 160.13) are authorized to disclose "PHI" and "HIPAA" pertaining to JUANITA MORRIS to all attorneys, now of record, or who may become of record in the future of this litigation;

4. The parties and their attorneys shall be permitted to use the "PHI" and "HIPAA" of JUANITA MORRIS in any manner reasonably connected with the above-captioned litigation. This includes, but is not limited to, disclosure to the parties, the attorneys' firm (*i.e.*, attorneys, support staff, agents and consultants), the parties' insurers,

experts, consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members and other entities involved in this litigation process.

5.      At the conclusion of the litigation as to any defendant (defined as the point at which final orders disposing of the entire case as to any defendant have been entered, or the time at which all trial and appellate proceedings have been exhausted as to any defendant), that defendant, and any person or entity in possession of "PHI" and "HIPAA" received pursuant to Paragraph 4, *supra*, shall destroy any and all copies of "PHI" and "HIPAA" pertaining to JUANITA MORRIS, *except*:

(a)      The defendant that is no longer in the litigation may retain "PHI" and "HIPAA" generated by him/her/it; and

(b)      The remaining defendants in the litigation, and persons or entities receiving "PHI" and "HIPAA" from those defendants, pursuant to Paragraph 4, supra, may retain "PHI" and "HIPAA" in their possession;

6.      This order shall not control or limit the use of "PHI" and "HIPAA" pertaining to JUANITA MORRIS, that comes into possession of any party, or any party's attorney, from a source *other than* a "covered entity" (as defined in 45 CFR 160.103).

7.      This is for the following facilities:

a.      AAA of Michigan c/o CT Corporation System /Auto Club Insurance Association, 25510 W 11 Mile Rd., Southfield, MI 48034;

b.      Advantage Care Physicians - Annadale Medical Office /Advantage Care Physicians, 4771 Hylan Blvd, Staten Island, NY 10312/ Annadale Medical Office, 4771 Hylan Blvd., Staten Island, NY 10312, including:  PCP Susan Colford-Castano, FNP;

c.    Aetna/ Medicare PPO/ Aetna Dental PPO/ Aetna Medicare Elite PPO;

d.    Akhtar Husain, MD, PC, 14720 King Rd., Suite B, Riverview, MI 48193;

e.    Arden Skin Massage, 262 Arden Ave, 262K, Corporate Commons One, Staten Island, NY 10312;

f.    Beaumont Service Center, 26901 Beaumont Blvd., 3rd Fl-B, Southfield, MI 48033;

g.    CMS Medicare;

h.    Columbia Doctors, 700 White Plains Rd., Scarsdale, NY 10583, including: Dr. Susan Campanile, MD;

i.    Corewell Health Dearborn Hospital, f/k/a Beaumont Hospital-Dearborn, 18101 Oakwood Blvd, Dearborn, MI 48124 (ER);

j.    Corewell Health Trenton Hospital - Radiology, 5450 Fort St, Trenton, MI 48183;

k.    Corewell Health Trenton Hospital/ Beaumont Hospital – Trenton, 5450 Fort St, Trenton, MI 48183;

l.    Emblem Health, PO Box 1701, New York, NY 10023-1701;

m.    ENT and Allergy Associates, LLP /Dr. A. Paul Vastola, 1 Teleport Dr., Ste. 200, Corporate Commons One, Staten Island, NY 10314;

n.    Everingham Chiropractic Health Center, 36738 Goddard Rd, Romulus, MI 48174;

o.    Geico General Insurance Company, 1 Geico Center, Macon, GA 31296-0001;

p.    Huron Valley Ambulance, 1200 State Cir., Ann Arbor, MI 48108-1691;

q.    IHA Health Center – Canton /Trinity Health IHA Medical Group Primary Care –Cherry Hill Village, 49650 Cherry Hill Rd, Canton, MI 48187;

r.    Internal Revenue Service;

s.    Medicare Advantage Insurance Company of Omaha c/o CSC Lawyers Incorporating Service, 3410 Belle Chase Way, Ste. 600, Lansing, MI 48911;

t.    Mendelson Orthopedics & Kornblum Spine /Mendelson Kornblum Orthopedics & Spine Specialists / Synergy Health Partners, 36622 Five Mile Rd, Ste. 101, Livonia, MI/ 500 Stephenson Hwy., Ste. 300, Troy, MI 48083-1118, including: Benjamin Mayo, MD;

u.    Michigan Automated Prescription System (M.A.P.S.), PO Box 30454, Lansing, MI 48909-7954;

v.    Michigan Department of Treasury;

w.   Michigan Orthopedic Specialists, 21031 Michigan Ave., Dearborn, MI 48124, including Aaron Seidman, DO;

x.   New York Department of Treasury;

y.   Optum Services, Inc c/o The Corporation Company, 40600 Ann Arbor Rd. E, Ste. 201, Plymouth, MI 48170;

z.   Richmond Physical Therapy, 3377 Richmond Ave, New York, NY 10312;

aa.   Romulus Fire Department, 28777 Eureka Rd, Romulus, MI 48174;

bb.   Romulus Police Department, 11165 Olive St, Romulus, MI 48174;

cc.   Social Security Administration – Staten Island, 1441 South Ave., Ste. 101, Staten Island, NY 10314-3425;

dd.   Specialist in Pain Management on Sacroiliac Joint Dysfunction/ Dr. Isaac Lee, MD, 82 Lambert Lane, Staten Island, New York 10314;

ee.   Spine Specialists of Michigan, 32270 Telegraph Rd, Ste. 110, Bingham Farms, MI 48025;

ff.   St. Joseph Mercy Hospital / Trinity Health, 5301McAuley Dr, Ypsilanti, MI 48197;

gg.   Synergy Health Partners- Mendelson Kornblum Orthopedics & Spine Specialists, 11900 E. 12 Mile Rd., Ste. 110, Warren, MI 48093, including Michael Herron, MD (radiology);

hh.   Trinity Health Iha Hand Surgery - Ypsilanti /Dr. Dennis Lee, 5315 Elliot Dr, Ste. 202, Ypsilanti, MI 48197;

ii.   Trinity Health IHA Urgent Care - Canton /Trinity Health Medical Center – Canton, 1600 Canton Ctr Rd, Canton, MI 48188;

jj.   Trinity Health SE Michigan Shared Services;

kk.   US Rehabilitation and Health Services, Inc., 24901 Northwestern Hwy., Ste. 113, Southfield MI 48075 / Rehabilitation Medical Specialists, 24901 Northwestern Highway, Southfield, MI 48075;

ll.   White Plain Hospital Physician Associates/ Columbia University Medical Center, 700 White Plains Rd, Scarsdale, NY 10583.

**IT IS SO ORDERED.**

*This is not a final order and does not resolve the case.*

Date: June 15, 2026                         s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge

APPROVED AS TO FORM AND CONTENT:

*/s/ Edward K. Kardelis (with permission)*
MARC J. MENDELSON (P52798)
EDWARD F. KARDELIS (P77376)
MIKE MORSE LAW FIRM
Attorneys for Plaintiff

*/s/ Samantha J. Taylor*
KEVIN M. MULVANEY (P76915)
SAMANTHA J. TAYLOR (P77199)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
Attorneys for Defendants