UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUANITA MORRIS and
KEVIN MORRIS,

      Plaintiffs

vs

MOHAMED ABDIRAHMAN
and ENDING EXPRESS, LLC,

      Defendants.

CASE NO. 2:24-cv-13044-FKB-CI
HON. F. KAY BEHM
MAGIS. CURTIS IVY, JR.

_____/

| | |
|---|---|
| MARC J. MENDELSON (P52798)<br>EDWARD F. KARDELIS (P77376)<br>MIKE MORSE LAW FIRM<br>Attorneys for Plaintiff<br>24901 Northwestern Highway, Suite 700<br>Southfield, MI  48075-1816<br>(248) 350-9050/Fax: (248) 671-5249<br>Edward.Kardelis@855mikewins.com<br>Rachel.Robbins@855mikewins.com | KEVIN M. MULVANEY (P76915)<br>SAMANTHA J. TAYLOR (P77199)<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP<br>Attorneys for Defendants<br>17197 N Laurel Park Drive, Suite 201<br>Livonia, MI 48152<br>(313) 327-3100/ Fax: (313) 327-3101<br>Kevin.Mulvaney@wilsonelser.com<br>Sam.Taylor@wilsonelser.com |

_____/

**QUALIFIED PROTECTIVE ORDER AND AUTHORIZATION
PURSUANT TO HEALTH INSURANCE
PORTABILITY & ACCOUNTABILITY ACT (HIPAA)
FOR KEVIN MORRIS**

The Court being fully advised in the premises; the court orders as follows:

1.     The current parties (and their attorneys) and any future parties (and their

attorneys) to the above-captioned matter are authorized to receive, subpoena, and

transmit "protected health information" (PHI) including, "Health Insurance Portability and Accountability Act" (HIPAA) pertaining to KEVIN MORRIS, to the extent and subject to the conditions outlined herein;

2.      For purposes of this Qualified Protective Order, "protected health information" or "PHI" including, "Health Insurance Portability and Accountability Act" (HIPAA) shall have the same scope and definition as set forth in 45 CFR 160.103 and 160.501. Without limiting the generality of the foregoing, "PHI" includes, but is not limited to, health information, including demographic information, relating to either:

(a)      the past, present or future physical condition of an individual;

(b)      the provision of care to an individual; and/or

(c)      the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3.      All "covered entities" (as defined by 45 CFR 160.13) are authorized to disclose "PHI" and "HIPAA" pertaining to KEVIN MORRIS to all attorneys, now of record, or who may become of record in the future of this litigation;

4.      The parties and their attorneys shall be permitted to use the "PHI" and "HIPAA" of KEVIN MORRIS in any manner reasonably connected with the above-captioned litigation. This includes, but is not limited to, disclosure to the parties, the attorneys' firm (*i.e.*, attorneys, support staff, agents and consultants), the parties' insurers,

experts, consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members and other entities involved in this litigation process.

5.      At the conclusion of the litigation as to any defendant (defined as the point at which final orders disposing of the entire case as to any defendant have been entered, or the time at which all trial and appellate proceedings have been exhausted as to any defendant), that defendant, and any person or entity in possession of "PHI" and "HIPAA" received pursuant to Paragraph 4, *supra*, shall destroy any and all copies of "PHI" and "HIPAA" pertaining to KEVIN MORRIS, *except*:

(a)      The defendant that is no longer in the litigation may retain "PHI" and "HIPAA" generated by him/her/it; and

(b)      The remaining defendants in the litigation, and persons or entities receiving "PHI" and "HIPAA" from those defendants, pursuant to Paragraph 4, supra, may retain "PHI" and "HIPAA" in their possession;

6.      This order shall not control or limit the use of "PHI" and "HIPAA" pertaining to KEVIN MORRIS, that comes into possession of any party, or any party's attorney, from a source *other than* a "covered entity" (as defined in 45 CFR 160.103).

7.      This is for the following facilities:

a.      AAA of Michigan c/o/ CT Corporation System /Auto Club Insurance Association, 25510 W 11 Mile Rd., Southfield, MI 48034;

b.      Allstate Insurance Company- Diamond Bar Ext., 21950 E. Copley Rd., Diamond Bar, CA 91765;

c.      Beaumont Service Center, 26901 Beaumont Blvd., 3rd Fl-B, Southfield, MI 48033;

d.    Blue Cross Blue Shield of Michigan/ Blue Cross Complete, 4000 Town Center, Ste. 1300, Southfield, MI 48075 /Medicare Plus Blue and Advantage PFFS, Blue Cross Complete/ Medicare Plas Blue PPO;

e.    Blue Cross Complete, 4000 Town Center, Ste. 1300, Southfield, MI 48075 /AmeriHealth Caritas, c/o AmeriHealth Michigan, Inc., 40600 Ann Arbor Rd. E, Ste. 201, Plymouth, MI 48170;

f.    Canton Health Center, 1600 S. Canton Center Rd., Ste. 1046, Canton, MI 48188-1992;

g.    CMS Medicare;

h.    Corewell Health Dearborn Hospital, f/k/a Beaumont Hospital-Dearborn, 18101 Oakwood Blvd, Dearborn, MI 48124 (ER);

i.    Corewell Health Dearborn Hospital (Radiology), 18101 Oakwood Blvd, Dearborn, MI 48124;

j.    Corewell Health Trenton Hospital, f/k/a Beaumont Hospital-Trenton, f/k/a Oakwood Southshore, 5450 Fort St., Trenton, MI 48183;

k.    Corewell Health Trenton Hospital (Radiology), 5450 Fort St., Trenton, MI 48183;

l.    Great Lakes Prosthetic and Orthotics- Billing, 5315 Elliott Dr., Ste. 104, Ypsilanti, MI 48197;

m.    Great Lakes Prosthetic and Orthotics, 5315 Elliott Dr., Ste. 104, Ypsilanti, MI 48197;

n.    Everingham Chiropractic Health Center, 36738 Goddard Rd., Romulus, MI 48174;

o.    Hesselberg Chiropractic, 2900 Packard St., Ste. 2, Ypsilanti, MI 48197-2061;

p.    IHA Ann Arbor Orthopaedic Surgery Associates, 5315 Elliott Dr., Ste. 301, Ypsilanti, MI 48197-8634;

q.    IHA General Surgery and IHA Colon Rectal Surgery, 5325 Elliott Dr., Ste. 104, Ypsilanti, MI 48197-8633;

r.    IHA Health Center- Canton, 49650 Cherry Hill Rd., Ste. 120, Canton, MI 48187;

s.    IHA Orthopaedics at St. Joe's Canton, 1600 S. Canton Center Rd., Ste. 2200, Canton, MI 48188-6334;

t.    IHA Vascular & Endovascular Specialists, 5325 Elliot Dr., Ste. 101, Ypsilanti, MI 48197;

u.    Internal Revenue Service;

v.    Instant Imaging, 36622 5 Mile Rd., Ste. 103, Livonia, MI 48154-1900;

w.    J&M Towing Enterprises, Inc., 8964 Inkster Rd, Romulus, MI 48174;

x.    Medelson Orthopedics & Kornblum Spine, 500 Stephenson Hwy, Ste. 300, Troy, MI 48083 / Synergy Health Partners/ Mendelson Kornblum Orthopedics & Spine Specialists, 11900 E. 12 Mile Rd., Ste. 110, Warren, MI 48093;

y.    Meijer Pharmacy, 2929 Walker Ave NW, Grand Rapids, MI 49544/ Meijer Pharmacy #035, 14640 Pardee Rd., Taylor, MI 48180;

z.    Mendelson Kornblum Orthopedics & Spine Specialists/ MK Sterling Heights, 35735 Mound Rd., Sterling Heights, MI and MK Livonia, 36622 Five Mile Rd., Ste. 101, Livonia, MI 48154, including, but not limited to: Evan VandenBosch, PA-C, Anthony Oddo, DO, Jeffrey Varghese, MD;

aa.    Michigan Automated Prescription System (M.A.P.S.), PO Box 30454, Lansing, MI 48909-7954;

bb.    Michigan Brain and Spine Institute- Ann Arbor, 5315 Elliott Dr., Ste. 102, Ypsilanti, MI 48197-8634, including, but not limited to: Paul MacMahon, MD;

cc.    Michigan Department of Health & Human Services (DHHS);

dd.    Michigan Department of Treasury;

ee.    Michigan Medicine Pathology and Clinical Laboratories;

ff.    Michigan Orthopedic Specialists, 21031 Michigan Ave., Dearborn, MI 48124, including, but not limited to: Aaron Seidman, DO (Orthopedic Surgery);

gg.    Nuvia Dental Implant Center, 6177 Orchard Lake Rd., #120, West Bloomfield, MI 48322;

hh.    Pulmonary & Critical Care Associates, 5333 McAuley Dr., Rm 3111, Ypsilanti, MI 48197-1098;

ii.    Romulus Fire Department, 28777 Eureka Rd, Romulus, MI 48174;

jj.    SJMG Gastroenterology, 14555 Levan Rd., Ste. 116, Livonia, MI 48154-5083, including, but not limited to: Cheryl A. Cascio, NP;

kk.    Social Security Administration/ Social Security Administration- Inkster, 28657 Cherry Hill Rd., Inkster, MI 48141;

ll.    Saint Joseph Mercy Hospital Ann Arbor, 5301 E. Huron River Dr., Rm. 1707, Ypsilanti, MI 48106;

mm.    Saint Joseph Mercy Hospital Ann Arbor- Radiology, 5301 McAuley Dr., Ypsilanti, MI 48197-1051;

nn.    St. Mary Mercy Livonia Endoscopy, 36475 Five Mile Rd., Livonia, MI 48154-1971, including, but not limited to: Charles O. Jaiyeoba, MD;

oo. Saint Mary Mercy Hospital- Livonia, 36475 5 Mile Rd., Livonia, MI 48154;

pp. Switch Eye Center, 8950 Telegraph Rd., Taylor, MI;

qq. Synergy Health Partners/ Synergy MRI Livonia- Instant Imaging, 36622 5 Mile Rd., Ste. 103, Livonia, MI 48154, including, but not limited to: Jeffrey Varghese, MD, Chintan Desai, MD, FACR;

rr. The Cincinnati Insurance Company, 6200 S. Gilmore Rd., Fairfield OH 45014;

ss. Trinity Health - MRO Radiology, 36475 5 Mile Rd., Livonia, MI 48154-1971;

tt. Trinity Health Ann Arbor Hospital Laboratory, 5301 McAuley Dr., Ypsilanti, MI 48197, including, but not limited to: Joseph Tworek, MD;

uu. Trinity Health SE Michigan Shared Services, 20555 Victor Pkwy., Livonia, MI 48152-7031;

vv. Trinity Health Ann Arbor Hospital/ Great Lakes Prosthetic and Orthotics, including, but not limited to: Thomas Leonard, CPO, Daniel J. Busch, CO;

ww. Trinity Health Ann Arbor Hospital/ St. Joseph Mercy Hospital, 5301 McAuley Dr., Ypsilanti, MI 48197;

xx. Trinity Health IHA Hand Surgery- Ypsilanti, 5315 Elliot Dr., Ste. 202, Ypsilanti, MI 48197, including, but not limited to: Dr. Dennis Lee;

yy. Trinity Health IHA Medical Group Orthopaedics- Ann Arbor, 5315 Elliott Dr., Ste. 301 & 304, Ypsilanti, MI 48197-8634, and 1600 S. Canton Center Rd., Ste. 2200, Canton, MI 48188, including, but not limtied to: James Moravek, MD;

zz. Trinity Health IHA Medical Group Vascular & Endoovascular Surgery- Ann Arbor, 5325 Elliott Dr., Ste. 101, Ypsilanti, MI 48197-8633, including, but not limited to: Chinmaya Shelgikar, MD;

aaa. Trinity Health IHA Pulmonary, Critical Care and Sleep Medicine at St. Joes Ann Arbor, 5333 McAuley Dr., Ste. 3111, Ypsilanti, MI 48197-1051, including, but not limited to: William F. Patton, MD;

bbb. Trinity Health/ IHA Medical Group- General and Colorectal Surgery, 5325 Elliott Dr., MHVI, Ste. #104, Ypsilanti, MI 48197-8633, including, but not limited to: John Mark Becker, MD, Jason Chamberlain, MD;

ccc. Trinity Health/ IHA Medical Group Primary Care- Cherry Hill Village, 49650 Cherry Hill Rd., Ste. 120, Canton, MI 48187;

ddd. University of Michigan Health Hepatology Clinic- Taubman Center;

eee. University of Michigan Hospitals & Health Centers – Radiology, 1500 E Medical Center Dr., UH-B1D 240-F, Ann Arbor, MI 48109;

fff. University of Michigan Health Hepatology Clinic - Taubman Center, 3621 S State St., 700 KMS Place, Ann Arbor, MI 48108;

ggg. US Rehabilitation and Health Services, Inc., 24901 Northwestern Hwy., Ste. 113, Southfield, MI 48075.

**IT IS SO ORDERED.**

*This is not a final order and does not resolve the case.*

Date: June 15, 2026                          s/F. Kay Behm
                                             F. Kay Behm
                                             United States District Judge

APPROVED AS TO FORM AND CONTENT:

*/s/ Edward K. Kardelis (with permission)*
MARC J. MENDELSON (P52798)
EDWARD F. KARDELIS (P77376)
MIKE MORSE LAW FIRM
Attorneys for Plaintiff

*/s/ Samantha J. Taylor*
KEVIN M. MULVANEY (P76915)
SAMANTHA J. TAYLOR (P77199)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
Attorneys for Defendants